**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Barry J. Esterman | : | |
| Debtor(s) | : | Bankruptcy No. 16-15487 amc |

**ORDER**

AND NOW, it is ORDERED that since the Debtor has failed to timely file all the documents required by the Order dated *8/02/2016*, this case is hereby DISMISSED.

Date: **August 24, 2016**

Ashely M. Chan
*United States Bankruptcy Judge*

*Missing Documents:*

    Matrix List of Creditors    *(due 8/08/2016)*
    Certificate of Credit Counseling

    Statement of Financial Affairs    *(due 8/15/2016)*
    Schedules A/B, C, D, E/F, G, H, I, J
    Summary of Assets and Liabilities Form B106Sum
    Chapter 7 Statement of Current Monthly Income Form 122A-1
    Means Test Calculation Form 122A-2